```
                IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                :   Case No. 05- 11985 -WWB
                                      :        (Chapter 13)
    ROBERT E. ENNIS                   :   Judge Warren W. Bentz
    KATHLEEN L. ENNIS                 :
                                      :
            Debtors.                  :
                                      :
    ROBERT E. ENNIS                   :   Document No.
    KATHLEEN L. ENNIS                 :
                                      :
                                      :
            Movants,                  :
                                      :
        vs.                           :
                                      :
    COUNTRYWIDE HOME LOANS, INC.      :
                                      :
                                      :
            Respondent.               :
                                      :
                                      :
```

MOTION OF ROBERT E. ENNIS AND KATHLEEN L. ENNIS OBJECTING TO
THE ALLOWANCE OF THE CLAIM OF COUNTRYWIDE HOME LOANS, INC.
PURSUANT TO 11 U.S.C. § 502 AND BANKRUPTCY RULE 3007

Now come the Debtors, ROBERT E. ENNIS and KATHLEEN L. ENNIS, by through counsel, MICHAEL J. GRAML, ESQ., and respectfully represent as follows:

1. The Court has jurisdiction of this proceeding pursuant to 28 U.S.C. § 157(b)(A), (B) and (O) and 28 U.S.C. § 1334 and is a core proceeding.

2. This motion is brought pursuant to 11 U.S.C. § 502 and Bankruptcy Rule 3007 objecting to the allowance of the claim of COUNTRYWIDE HOME LOANS, INC.

3. This case was commenced by the filing on June 16, 2005 of a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code.

4. On or about July 14, 2005, the Respondent, COUNTRYWIDE HOME LOANS, INC. filed a proof of claim (P.O.C. #1) asserting as party of their claim for pre-petition mortgage arrearage, "Escrow/Impound Advance" in the amount of $2,233.80.  Exhibit "A".

5. Counsel for Debtors attempted to contact Counsel for Countrywide Home Loans, Inc. by letter dated August 3, 2005, to receive an explanation as to the inclusion of this amount in the claim for pre-petition mortgage of COUNTRYWIDE HOME LOANS, INC., but received no response.

6.  Pursuant to 41 P.S. § 404, a mortgage lender is entitled to recover from a mortgagee any sums that have arisen under the terms of a residential mortgage obligation which are actually due as a result of any default that has occurred and the exercise of an acceleration clause.

7. According to the proof of claim filed by COUNTRYWIDE HOME LOANS, INC., the post-petition monthly mortgage payment due is $864.82, comprised of $530.70 (principal/interest) and $334.12(escrow) components.

8.  The amount claimed by COUNTRYWIDE HOME LOANS, INC. for "Escrow/Impound Advance" is unreasonable and for amounts already accounted for as part of the escrow component claimed by COUNTRYWIDE HOME LOANS, INC. as part of the post-petition monthly mortgage payment.

WHEREFORE, the Debtors pray that the portion of the claim of COUNTRYWIDE HOME LOANS INC. For "Escrow/Impound Advance" be disallowed in the amount of $2,233.80 as unreasonable and not having arisen under the terms of a residential mortgage obligation between the parties.

Respectfully submitted,

Dates:   August 17, 2005          /S/ MICHAEL J. GRAML
                                  MICHAEL J. GRAML, ESQ.
                                  Attorney for Debtors/Movants
                                  714 Sassafras Street
                                  Erie, PA 16501
                                  (814) 459-8288
                                  PA I.D. No. 50220

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 05-_11985_-WWB |
| | ) | (Chapter 13) |
| ROBERT E. ENNIS | ) | Judge Warren W. Bentz |
| KATHLEEN L. ENNIS | ) | |
| | ) | |
| Debtors. | ) | |
| | ) | |

## CERTIFICATE OF MAILING OF NOTICE
## OR OTHER DOCUMENT TO PARTIES IN INTEREST

I, the undersigned, certify that I served or caused to be served, on the ___17th___ day of August, 2005, a copy of the above Motion, with attached proposed orders of court, and the Notice of Hearing filed herewith upon each of the following persons and parties in interest at the addresses shown below:

The total number of copies sent was four (4).

Countrywide Home Loans, Inc.      Office of the U.S. Trustee
7105 Corporate Drive              Liberty Center, Suite 970
PTX B-209                         1001 Liberty Avenue
Plano, TX 75024-3632              Pittsburgh, PA 15222

Rhonda J. Winnecour, Esq.         Leslie E. Puida, Esq.
Chapter 13 Trustee                Suite 5000-Mellon Independence Ctr.
USX Tower, Suite 3250             701 Market Street
600 Grant Street                  Philadelphia, PA 19106-1532
Pittsburgh, PA 15219

EXECUTED ON:

___August 17, 2005___             /S/ MICHAEL J. GRAML
                                  MICHAEL J. GRAML, ESQ.
                                  Attorney for Movants
                                  714 Sassafras Street
                                  Erie, PA 16501
                                  (814) 459-8288
                                  PA I.D. No. 50220