**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:  Robert E. Ennis<br>        Kathleen L. Ennis<br>                    Debtors<br>                vs.<br>COUNTRYWIDE HOME LOANS, INC.<br>                    Respondent | CHAPTER 13<br><br>CASE NO. 05-11985 WWB |

**RESPONSE OF COUNTRYWIDE HOME LOANS, INC. TO**
**DEBTORS' MOTION OBJECTING TO THE ALLOWANCE OF THE CLAIM PURSUANT TO**
**11 U.S.C. 502 AND BANKRUPTCY RULE 3007**

Respondent, COUNTRYWIDE HOME LOANS, INC., by and through its counsel, Goldbeck McCafferty & McKeever, hereby responds to the Debtors' Motion Objecting to the Allowance of the Claim Pursuant to 11 U.S.C. 502 and Bankruptcy Rule 3007 as follows:

1. Admitted.
2. Admitted.
3. Admitted.
4. Admitted.
5. Admitted in part. Denied in part. It is admitted that counsel for debtor sent an inquiry to counsel for respondent. It is denied that he did not receive a reply. See attached Exhibit A.
6. Admitted.
7. Admitted.
8. Denied.

WHEREFORE, Respondent, Countrywide Home Loans, Inc., respectfully requests that this honorable court deny the Debtors' Motion.

                                                **/s/ Leslie E. Puida, Esquire**
                                                Leslie E. Puida, Esquire
                                                Attorney I.D. No. 60698
                                                Goldbeck, McCafferty & McKeever
                                                701 Market Street, Suite 5000
                                                Philadelphia, PA 19106-1532
                                                (215) 627-1322
                                                Attorney for Respondent

Date: September 19, 2005