## UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:  Robert E. Ennis
       Kathleen L. Ennis

                       Debtors

BK. NO. 05-11985 WWB

CHAPTER 13

COUNTRYWIDE HOME LOANS, INC., its
successors and/or assigns

Docket Number:

                       Movant

               v.

Robert E. Ennis
Kathleen L. Ennis

                       Respondent

            and

Ronda J. Winnecour

                       Trustee

### DEFAULT ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

      This _____ day of _____, 2006, upon default, no response objecting to the Motion having been timely filed by an interested party, and upon Movant's Certification of Service and Certification of No Objection, it is

      **ORDERED** that the above-captioned Motion is granted insofar as it requests relief from the Automatic Stay imposed by 11 U.S.C. Section 362 and 1301 (if applicable).

      Movant shall, within five (5) days hereof, serve a copy of the within Order on parties in interest (unless they are otherwise served) and file a certificate of Service.

                                _____
                                Warren W. Bentz
                                United States Bankruptcy Judge

cc:    Leslie E. Puida, Esquire
       GOLDBECK McCAFFERTY & McKEEVER
       Suite 5000
       Mellon Independence Center
       701 Market Street
       PHILADELPHIA, PA 19106-1532